# RESCRIPT OPINIONS.

Pursuant to the requirements of G. L. c. 211A, § 9, the Reporter publishes the following:

DEVELOPMENT CORPORATION OF AMERICA *vs.* JAMES F. RAWSON, administrator. January 2, 1973. Both the original proceedings in number 659030 and the instant "Petition to Vacate Judgment and Supersede Execution" were on the law side of the court. An appeal does not lie under G. L. (Ter. Ed.) c. 231, § 96, from an order denying such a petition. *Zeo* v. *Holzer,* 345 Mass. 761. *Amolins* v. *Lubans,* 346 Mass. 782.

*Appeal dismissed.*

The case was submitted on briefs.

*Franklin S. Prizer* for the petitioner.

*Timothy J. Murphy* for the respondent James F. Rawson, administrator.

FRANK OESCHGER *vs.* CITY OF BOSTON & others. January 2, 1973. The appeal was not claimed within twenty days of the entry of the orders sustaining the several demurrers. G. L. (Ter. Ed.) c. 231, § 96. *Randall* v. *Kemler,* 321 Mass. 753, and cases cited. The judge who acted on the demurrers had no power to extend the statutory period. *Commonwealth* v. *Rodriquez,* 333 Mass. 501, and cases cited.

*Appeal dismissed.*

*Vincent A. Murray, Jr.,* for the plaintiff.

*Samuel B. Spencer,* Assistant Corporation Counsel, argued for the defendant Fitzgerald and submitted a brief for the city of Boston.

ARTHUR KARP *vs.* GENE TREMBLAY & another. January 8, 1973. A review of the evidence and of the findings made thereon by the trial judge discloses that the bill was properly dismissed for the reason that the plaintiff failed to sustain his burden of proving that he and those with whom he claimed to be in privity had acquired a right of way over the locus by adverse use for an uninterrupted period of twenty years. G. L. c. 187, § 2. *Sargent* v. *Ballard,* 9 Pick. 251, 254. *Tucker* v. *Poch,* 321 Mass. 321, 323. *Garrity* v. *Sherin,* 346 Mass. 180.

*Decree affirmed.*

*Arthur A. Karp,* pro se.

*William B. Ardiff (Malcolm F. MacLean, III,* with him) for the defendants.